UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SARAH HARDY, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MAINE SYSTEM )<br>and DANNEL MALLOY, in his official )<br>capacity as Chancellor of the University )<br>Of Maine System, )<br>)<br>Defendants. ) | Case No. 1:24-cv-00452-NT |

NOTICE OF DISMISSAL

NOW COMES the Plaintiff, through counsel, and dismisses her claims, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 29, 2025

                                        /s/ *Chad T. Hansen*
                                        Chad T. Hansen
                                        Attorney for Plaintiff

                                        *Employee Rights Group*
                                        92 Exchange Street
                                        Portland, Maine 04101
                                        (207) 874-0905
                                        chad@employeerightslaw.attorney

CERTIFICATE OF SERVICE

    I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date:  April 29, 2025                           /s/ *Chad T. Hansen*
                                           Chad T. Hansen